**Opinion issued June 6, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-22-00213-CV

———————————

## IN RE ONCOR ELECTRIC DELIVERY COMPANY, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Oncor Electric Delivery Company LLC, has filed a petition for writ of mandamus challenging a trial court order compelling the deposition of one of its employees.[1] We deny the petition. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1] The underlying case is *Maricela Ramirez and Marina Martinez, individually and as next friend of, Juan Zavian Ramirez and Wuantez Ramirez v. Citation Oil & Gas Corp., Oncor Electric Delivery Company LLC, and Snapp Lease Works, Inc.*, cause number 2020-72458, pending in the 61st District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.